# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CHARLES J. WALSH, III AND LAURA BLAU AND PHILADELPHIA COMMUNITY DEVELOPMENT COALITION

        v.

TERESA F. ISABELLA AND 325 S.18TH STREET, LLC

PETITION OF:  325 S. 18TH STREET, LLC

: Nos. 47 and 48 EM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2023, the "Petiton [sic] for Extraordinary and[/]or King's Bench Jurisdciton [sic]" and the "Application for Relief Seeking Permission to File an Answer" are DENIED.